UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
WAI HOE LIEW A/K/A MICHAEL W. LIEW,
KHURRAM KAYANI, AND ELIZABETH K. ATWOOD
A/K/A ELIZABETH KING,

Case No.
**1:14-cv-04868-KAM-MDG**

Plaintiff,

-against-

**NOTICE OF MOTION**

COHEN & SLAMOWITZ, LLP, MITCHELL SELIP,
MITCHELL G. SLAMOWITZ, and DAVID A. COHEN,

Defendants.
----------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the annexed Affirmation of Joseph L. Francoeur dated December 8, 2014, Affirmation of Thomas A. Leghorn dated December 8, 2014, the pleadings and exhibits annexed thereto and the accompanying memorandum of law, defendants, COHEN & SLAMOWITZ, LLP, MITCHELL SELIP, MITCHELL G. SLAMOWITZ, and DAVID A. COHEN, will move this court on a December January 20, 2015 before the Hon. Kiyo A. Matsumoto at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201 for an Order disqualifying plaintiff's attorney, Mitchell Pashkin in the present matter pursuant to Ethical Rules and the law of this court, and granting such other, further and different relief as this Court deems just and proper.

Dated: New York, NY
December 8, 2014

Yours, etc.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Joseph L. Francoeur
*Attorneys for Defendants,*
*COHEN & SLAMOWITZ, LLP; MITCHELL*
*SELIP, MITCHELL G. SLAMOWITZ, and*
*DAVID A. COHEN*
150 East 42nd Street
New York, New York 10017-5639
Tel.: (212) 490-3000
File No.: 11471.00015
Joseph.francoeur@wilsonelser.com

TO: Mitchell L. Pashkin, Esq.
*Attorney For Plaintiff*
775 Park Avenue, Suite 255
Huntington, NY 11743
Tel.: (631) 692-7709
mpash@verizon.net

6468260v.1