# MITCHELL L. PASHKIN, ATTORNEY AT LAW

## DEBT COLLECTION DEFENSE    CONSUMER PROTECTION

## COURT ACTIONS, TRIALS AND APPEALS

Mitchell L. Pashkin, Esq., Principal

<u>Admitted</u>
Supreme Court of the United States
Eastern, Southern and Western Federal District of New York
New York State

T:  (631) 629-7709
F:  (631) 824-9328

mpash@verizon.net

<u>775 PARK AVENUE, STE. 255, HUNTINGTON, NY  11743</u>

Judge Kiyo A. Matsumoto
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Wai Hoe Liew , et. al. v Cohen & Slamowitz, et. al
      Civil Action, File No. 2:14-cv-04868-KAM-MDG
      Plaintiffs' Opposition to Defendants' Disqualification Motion

December 22, 2014

Dear Judge Matsumoto:

I represent the plaintiff.

In opposition to Defendants' disqualification motion, Plaintiffs submit the following:

Memorandum of Law,

Exhibits A through E to the Memorandum of Law and

Affirmation of Mitchell L. Pashin, Esq.

Sincerely,

*Mitchell L. Pashkin*
Mitchell L. Pashkin, Esq.